EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
JEAN M. TURK, CSBN 131517
Special Assistant United States Attorney
Social Security Administration
160 Spear St., Suite 800
San Francisco, CA  94105
Telephone:  (415) 977-8935; Facsimile:  (415) 744-0134

Email: jean.turk@ssa.gov
Attorneys for Defendant

```
                    FILED
         CLERK, U.S. DISTRICT COURT
               06/20/16
        CENTRAL DISTRICT OF CALIFORNIA
        BY:      GR        DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LENUS LEWIS,<br><br>    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:16-00649 RAO<br><br>**JUDGMENT FOR REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

DATED: June 20, 2016                    _____
                                        HON. ROZELLA A. OLIVER
                                        UNITED STATES MAGISTRATE JUDGE