Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Lenus Lewis

```
                               FILED
                      CLERK, U.S. DISTRICT COURT

                        09/07/16

                      CENTRAL DISTRICT OF CALIFORNIA
                      BY:      GR         DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENUS LEWIS,<br><br>               Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>         Defendant | Case No.: 2:16-cv-00649-RAO<br><br>ORDER AWARDING EQUAL<br>ACCESS TO JUSTICE ACT<br>ATTORNEY FEES AND EXPENSES<br>PURSUANT TO 28 U.S.C. § 2412(d)<br>AND COSTS PURSUANT TO 28<br>U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,256.00 as

authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE:  September 7, 2016

*Rozella A. Oliver*

_____
THE HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3       /s/ *Lawrence D. Rohlfing*
   _____
4  Lawrence D. Rohlfing
   Attorney for plaintiff Lenus Lewis

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26